**IN the INTEREST OF: I.L.M., a Minor**

**1612 EDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000706–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF:**
**K.L.M., a Minor**

**1613 EDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000707–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF:**
**A.N.M., a Minor**

**1614 EDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000708–2014
(Philadelphia)

Affirmed

**CARSON, C.**

**v.**

**SIMELANI, I.**

**1804 EDA 2016**

Superior Court of Pennsylvania.

03/10/2017

PF–0000351–2016 (Lehigh)

Quashed

**IN the INTEREST OF: X.J.N., a Minor**

**1839 EDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000314–2015 (Philadelphia)

Affirmed

**IN the INTEREST OF: O.A.C., a Minor**

**1840 EDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000315–2015 (Philadelphia)

Affirmed

